**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO, DENVER DIVISION**

| | |
|---|---|
| Mellissa Umphenour, an individual, on her own behalf, and on behalf of LH, her minor child,<br><br>       Plaintiffs,<br><br>  v.<br><br>WESTWOODS STATION LLC,<br><br>       Defendants. | CASE NO.  16-cv-03006-CBS |

## NOTICE OF SETTLEMENT

Plaintiff Mellissa Umphenour ("Plaintiff") and Defendant Westwoods Station LLC ("Defendant") hereby submit this Notice of Settlement to notify the Court that Plaintiff and Defendant have reached a settlement in this case, which fully resolves the claims herein.  The parties respectfully request that all matters currently on calendar be vacated and request 90 days in which to file the Joint Stipulation for Dismissal with prejudice as to all parties.

I, Karla E. Sanchez, hereby certify that the content of this document is acceptable to James R. Carr, counsel for Plaintiff, and that Mr. Carr has provided his authorization to affix his electronic signature to this document.

DATED:  February 10, 2017

| | |
|---|---|
| By: /s/ Karla E. Sanchez<br>One of Defendant's Attorneys<br><br>Karla E. Sanchez<br>SEYFARTH SHAW LLP<br>131 South Dearborn Street, Suite 2400<br>Chicago, Illinois 60603<br>(312) 460-5000 -- Telephone<br>(312) 460-7000 -- Facsimile | By: /s/ James R. Carr (w/ consent)<br>One of Plaintiff's Attorneys<br><br>James R. Carr<br>ADA JUSTICE ADVOCATES<br>4800 Baseline Road, Suite E104-289<br>Boulder, Colorado 80303<br>(303) 963-9840 – Telephone<br>jcarr@adajustice.com – Email |

37088570v.1

2

## **CERTIFICATE OF SERVICE**

I, Karla E. Sanchez, an attorney, do hereby certify that, on February 10, 2017, I have caused a true and correct copy of the foregoing NOTICE OF SETTLEMENT to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>James R. Carr
>ADA JUSTICE ADVOCATES
>4800 Baseline Road, Suite E104-289
>Boulder, Colorado 80303
>(303) 963-9840 – Telephone
>jcarr@adajustice.com – Email

/s/ Karla E. Sanchez

2

37088570v.1