IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-03006-MJW

MELLISA UMPHENOUR, an individual, on her own behalf and on behalf of LH, her minor child,

    Plaintiffs,

v.

WESTWOODS STATION, LLC,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiffs, by and through their undersigned counsel, give notice that this action is voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully Submitted this 7th day of March, 2017.

s/ James R. Carr
James R. Carr
ADA Justice Advocates
4800 Baseline Road, Suite E104-289
Boulder, Colorado  80303
Telephone:  (303) 963-9840
E-mail: jcarr@adajustice.com